**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| ADAM PRUETT,        )<br>     Plaintiff,        )<br>                     )<br>v.                   )<br>                     )<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration )<br>     Defendant.       )<br>                     ) | **Case No. 3:11-CV-00233 JTK** |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 5th day of October, 2012.

_____
United States Magistrate Judge